# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

LESLIE MARIE MAXWELL,

_____ )
                    *Plaintiff*                       )
                                                      )        Civil Action No.   4:17-cv-05010-RHW
v.                                                    )
NANCY A. BERRYHILL,                                   )
Acting Commissioner of Social Security,              )

_____
                    *Defendant*

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

## Dec 04, 2017

**SEAN F. McAVOY, CLERK**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.  Defendant's Motion for Summary Judgment (ECF
          No. 13) is GRANTED.  Judgment is entered in favor of Defendant and against Plaintiff.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Robert H. Whaley _____ on motions for

     Summary Judgment (ECF Nos. 12 and 13).

Date:   12/4/2017 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
                    *(By) Deputy Clerk*

Lennie Rasmussen
_____